ACCEPTED
061600104cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 11:19:33 AM
DEBBIE AUTREY
CLERK

**CASE NO. 06-16-00104-CR**

**IN THE**
**COURT OF APPEALS**
**SIXTH DISTRICT OF TEXAS**
**TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/1/2016 11:19:33 AM

DEBBIE AUTREY
Clerk

**ORLANDOS JOHNSON**

**Plaintiff – Appellant**

**v.**

**STATE OF TEXAS**

**Defendant – Appellee**

----------

**ON APPEAL FROM**
**JUDICIAL DISTRICT COURT NO. 115 OF UPSHUR COUNTY**
**The Honorable Judge Lauren Parrish**
**TRIAL COURT NO. 17,061**

--------

**MOTION TO SUBSTITUTE COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ORLANDO JOHNSON, Defendant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for attorney James Finstrom to withdraw and to substitute Gerald J. Smith as attorney of record for Defendant in this cause, and in support thereof would show:

1.     James Finstrom was previously appointed to represent him in this cause. Defendant no longer desires to be represented by James Finstrom.

2.     Gerald J. Smith has been employed to represent ORLANDO JOHNSON in this case. James Finstrom approves this substitution, as evidenced by James Finstrom's signature on

Motion to Substitute Counsel

this motion. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

**WHEREFORE, PREMISES CONSIDERED,** ORLANDO JOHNSON prays that the Court enter an order allowing James Finstrom to withdraw from representing Defendant and to substitute Gerald J. Smith as attorney of record in this cause.

Respectfully submitted,

The Law Offices G. J. Smith, Sr., PLLC
2000 E. Lamar Blvd., Suite 330
Arlington, Texas 76006
Tel: (817) 635-3100
Fax: (817) 635-3104

By: /s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.
State Bar No. 24039316

James Finstrom
SBN: 07038000

Motion to Substitute Counsel

## CERTIFICATE OF SERVICE

This is to certify that on June 29, 2016, a true and correct copy of the above and foregoing document was served on the UPSHUR County Attorney's Office, GILMER, Texas by facsimile.

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.

## CERTIFICATE OF CONFERENCE

Prior to the filing of this motion, a copy was provided to UPSHUR County, District Attorney, DA's Office was contacted in regard to the merits of the motion and stated the following:

_____        He/She is opposed to the motion.
___x___        He/She is not opposed to the motion.
_____        He/She will respond to the motion in writing.
_____        He/She was not available to confer about the merits of the motion.

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.

Motion to Substitute Counsel